UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Giordano,

                                        Plaintiff(s),

                                                                        **O R D E R**

              -against –

                                                                        7:21-CV-01218 (CS)

Wells Fargo Bank, N.A.,

                                        Defendant(s).
----------------------------------------------------------X
<u>Seibel, J.</u>

       It having been reported to this Court (via counsel notifying chambers directly) that the claims in this case have been settled, IT IS  HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within forty-five days of the date of this order,  Plaintiff may apply by letter within the forty-five-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.


       **SO ORDERED**.

Dated: July 6, 2022

      White Plains, New York


                         _Cathy Seibel_

                        _____

                         CATHY SEIBEL, U.S.D.J.